UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANNA MARIA MURIQI,

                          Plaintiff,

-against-

HOME DEPOT U.S.A. INC.,

                          Defendants,
-----------------------------------------------------------------X

Docket No.: 7:24-cv-00992

**ORDER OF DISMISSAL**

The Court has been advised that the parties have reached a settlement in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than August 1, 2024. To be clear, any application to restore action must be filed by August 1, 2024, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

All other deadlines, scheduled conferences, or other scheduled court appearances are cancelled. Any pending motions are moot.

Dated: White Plains, New York
        June 20, 2024

SO ORDERED:

_____
Philip M. Halpern
United States District Judge